IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 12 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

DELTA TRUST AND BANK,
SPECIAL ADMINISTRATOR
for THE ESTATE OF
OBULIO HERNANDEZ BAUTISTA, DECEASED          PLAINTIFF

vs.                    No. 13-1060

RANDY CLANTON FARMS, INC.                    DEFENDANT

## COMPLAINT

Comes the Plaintiff, by and through its attorneys, James, Carter & Coulter, PLC, and for its Complaint against the Defendant, hereby alleges and states that:

1. Plaintiff is the Special Administrator of the Estate of Obulio Hernandez Bautista, appointed by the Bradley County Circuit Court, *In the Matter of the Estate of Obulio Hernandez Bautista, Deceased,* Bradley County Circuit Court Case No. PR-2013-38-3. Plaintiff is an Arkansas banking institution appointed as the legal representative of Obulio Henrandez Bautista. Pursuant to 28 U.S.C. § 1332 (c)(2), the Plaintiff's citizenship is deemed to be the residence of the Decedent, Obulio Hernandez Bautista.

2. On July 15, 2010, Obulio Hernandez Bautista (hereinafter referred to as "Decedent"), died in Bradley County, Arkansas from injuries sustained from dehydration and heat exhaustion. Decedent was a resident of the city of Tamazunchale, in the state of San Luis Potosi, Mexico at the time of his death. Decedent was in Arkansas pursuant to a non-immigrant H-2A temporary visa.

3. Defendant, Randy Clanton Farms, Inc., is an Arkansas corporation whose principal place of business is in Bradley County, Arkansas. Randy Clanton Farms, Inc. operates a farming operation.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2) because the matter in controversy exceeds the sum or value of $75,000, exclusive of costs and is between a citizen of Arkansas and a citizen of a foreign state. Decedent was a resident of Mexico at the time of his death, and Defendant Randy Clanton Farms, Inc. is an Arkansas corporation.

5. Venue is proper pursuant to 28 U.S.C. § 1391(a) because the Defendant resides in this judicial district and the events that gave rise to Obulio Hernandez Bautista's death occurred in this district.

## FACTUAL BACKGROUND
## AND
## CAUSE OF ACTION

6. Obulio Hernandez Bautista was an employee of Gulf States Contract Labor, Inc. when he was stripping tomato plants on Defendant Randy Clanton Farms, Inc.'s property in Bradley County, Arkansas.

7. On July 15, 2010, after working in abnormally extreme heat without proper hydration and hydration breaks, the Decedent succumbed to heat exhaustion and died.

8. On December 8, 2009, Gulf States Contract Labor, Inc. executed an *Agreement to Furnish Agricultural Employees* (hereinafter referred to as "Agreement") with Randy Clanton Farms, Inc. The Agreement required Gulf States Contract Labor, Inc. to provide its employees to perform farm labor on Randy Clanton Farms, Inc.'s real property.

9. In the Agreement, Randy Clanton Farms, Inc. affirmatively represented and agreed to furnish a safe place for Gulf States Contract Labor, Inc.'s employees to work and to assure compliance with practices and regulations relating to Gulf States Contract Labor, Inc.'s employees.

10. A heat advisory was in effect on July 15, 2010, and Randy Clanton Farms, Inc. knew, or should have known, of the heat advisory.

11. Randy Clanton Farms, Inc. knew that Gulf States Contract Labor, Inc. employees worked excessive hours without readily accessible water or water breaks, without proper supervision in extreme heat, without brief respites from the heat, and without access to emergency medical treatment.

12. Randy Clanton Farms, Inc. knew that Gulf States Contract Labor, Inc.'s employees were being subjected to the foregoing hazards that were likely to cause serious physical harm or death.

13. As a direct and proximate result of Randy Clanton Farms, Inc.'s negligence and failure to comply with regulations regarding field sanitation and known hazards at their place of employment, Obulio Hernandez Bautista died.

14. The Occupational and Safety Health Administration (OSHA) has issued two (2) Citations and Notifications of Penalty to Randy Clanton Farms, Inc. for serious violations concerning exposure to heat stress hazards and emergency medical treatment procedures. These citations demonstrate that Randy Clanton Farms, Inc. failed to meet its legal obligation to provide a safe environment on its land in which the Decedent could work as an employee of Gulf States Contract Labor, Inc.

15. Obulio Hernandez Bautista's surviving spouse filed a workers' compensation claim with the Arkansas Workers' Compensation Commission styled *Obulio Bautista, Deceased v. Randy Clanton Farms, Inc., et al.*, WCC Claim No. G100600, for death benefits.

16. In the forgoing workers' compensation proceeding, Randy Clanton Farms, Inc. asserted that it was not the employer of Obulio Hernandez Bautista. Randy Clanton Farms, Inc. did not participate in the payment of benefits in the workers' compensation proceeding because it also alleged there was not an employment relationship as defined by Ark. Code Ann. § 11-9-102 (11)(iii).

17. Randy Clanton Farms, Inc. is collaterally and judicially estopped from claiming it is not a third party subject to damages as contemplated by Ark. Code Ann. § 11-9-410.

18. Obulio Hernandez Bautista was guilty of no fault which proximately caused or contributed to his death.

19. At the time of his death, Obulio Hernandez Bautista was survived by his wife, Apolinaria Ambrocio Valencia; his son, Martin Hernandez Ambrocia; his daughters, Albina Hernandez Ambrocior, Lorena Hernandez Ambrocio, Obdulia Hernandez Ambrocio and Julissa Zucel Hernandez Ambrocio; his brothers, Felix Hernandez Bautista and Alberta Hernandez Bautista; and, his sisters Maxima Hernandez Bautista, Esperanza Hernandez Bautista and Leonarda Hernandez Bautista.

20. As a direct and proximate cause of the aforementioned negligence Obulio Hernandez Bautista received both temporary and permanent injuries, and as a consequence, his estate has sustained damages as follows:

    a. Loss of life;

  b. Conscious pain and suffering;

  c. Medical expenses;

  d. Funeral expenses; and,

  e. The value of earnings, profits, salary and working time lost prior to his death.

21. As a direct and proximate cause of the aforementioned negligence, Obulio Hernandez Bautista's heirs, including his wife, children, brothers and sisters suffered pecuniary injuries and mental anguish, occasioned by the traumatic and needless unexpected death of their husband, father and brother.

22. Plaintiff contends that the conduct of the Defendant is attended by circumstances of oppression, malice, willfulness wantonness or reckless conscious disregard for human life and safety, so as to warrant the imposition of punitive damages.

23. Plaintiff reserves the right to amend its complaint.

24. Plaintiff requests a jury trial.

WHEREFORE, Plaintiff prays that it have and recover judgment against the Defendant sufficient to compensate for pain and suffering and mental anguish, attorneys fees, costs and all other relief to which it may be entitled.

        Respectfully submitted,

        DELTA TRUST AND BANK,
        SPECIAL ADMINISTRATOR
        FOR THE ESTATE OF
        OBULIO HERNANDEZ BAUTISTA,
        DECEASED, Plaintiff

        By: _____
        Paul J. James (Ark. Bar No. #83091)
        John D. Coulter (Ark. Bar No. 98148)
        James, Carter & Coulter, PLC

500 Broadway, Suite 400
P.O. Box 907
Little Rock, Arkansas   72203
(501) 372-1414 – Telephone
(501) 372-1659 – Facsimile
pjj@jamescarterlaw.com