IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DELTA TRUST AND BANK,
SPECIAL ADMINISTRATOR for
THE ESTATE OF OBDULIO
HERNANDEZ BAUTISTA, deceased                                              PLAINTIFF

v.                              Case No. 1:13-cv-01060

RANDY CLANTON FARMS, INC.                                                 DEFENDANT

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice. (ECF No. 23). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 13th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge